IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LERON LEWIS, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-cv-1355-RJD |
| | ) | |
| **HIRSCHBACH MOTOR LINES, INC.** and | ) | |
| **ERIC JEROME CAMPBELL, SR.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Consolidated with: |
| | ) | |
| **BRANDON JAMAL MOFFETT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-1-RJD |
| | ) | |
| vs. | ) | |
| | ) | |
| **HIRSCHBACH MOTOR LINES, INC.** and | ) | |
| **ERIC JEROME CAMPBELL, SR.,** | ) | |
| | ) | |
| Defendant. | | |

**ORDER**

**DALY, Magistrate Judge:**

This matter comes before the Court on Plaintiff's Motion to Consolidate (Doc. 18) this case with Case No. 21-cv-1-RJD. Defendants did not file a Response. Plaintiff's Motion is GRANTED.

Plaintiff's Complaint alleges that he was injured in an accident with a semi-truck driven by Defendant Campbell on December 13, 2020 in Franklin County, Illinois. Similarly, the plaintiff is Case No. 21-cv-1-RJD alleges that he was injured in that same accident. Both Plaintiffs

filed Motions to Consolidate this matter. Counsel appeared for Defendants in both cases on February 10, 2021. Defendants did not file a Response to the Motion to Consolidate filed in 21-cv-1-RJD.

The Court may consolidate cases that involve a common question of law or fact. Fed. R. Civ. P. 42(a). Judicial economy "strongly favor[s] simultaneous resolution of all claims growing out of one event." *Ikerd v. Lapworth*, 435 F.2d 197, 204 (7th Cir. 1970). Here, the plaintiff in this matter and the plaintiff in Case No. 21-cv-1-RJD allege that they suffered injuries by Defendants' same negligent acts. Defendants did not file objections to the Motions to Consolidate. Consequently, for purposes of discovery and trial, the Court hereby **CONSOLIDATES** *Lewis v. Hirschbach Motor Lines, Inc.*, *et al.*, (Case No. 20-cv-1355-RJD) with *Moffett v. Hirschbach Motor Lines, Inc.*, *et al.*, (Case No. 21-cv-1-RJD). All future filings shall bear the consolidated caption used in this order and shall be filed only in *Lewis v. Hirschbach Motor Lines, Inc.*, *et al.*, Case No. 20-cv-1355-RJD. The Court will strike any filings in Case No. 21-cv-1-RJD subsequent to this order.

The Clerk of Court is **DIRECTED** to **CONSOLIDATE** these cases and file a copy of this Order in both cases.

**IT IS SO ORDERED.**

**DATED:   March 16, 2021**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**